```
                UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF WEST VIRGINIA
                         AT CHARLESTON
```

**RICKY LEE PARSONS,**

      Plaintiff,

v.　　　　　　　　　　　　　　Civil Action No. 2:21-CV-00153

**STATE OF WEST VIRGINIA DIVISION OF CORRECTIONS,**

      Defendant.

## ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, entered on March 18, 2022; and the Magistrate Judge having recommended that the court dismiss the Plaintiff's Complaint and this action; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings made in the Proposed Findings and Recommendation of the Magistrate Judge be, and hereby are, adopted by the court and incorporated herein.

It is, therefore, ORDERED that the Plaintiff's Complaint and this action be, and hereby are, dismissed.

The Clerk is directed to transmit copies of this order to any unrepresented parties, all counsel of record, and the United States Magistrate Judge.

                                      ENTER: November 21, 2022

                                      John T. Copenhaver, Jr.
                                      Senior United States District Judge